### CLAY v. STATE.

(Court of Criminal Appeals of Texas.  Dec. 4, 1912.  Rehearing Denied Jan. 15, 1913.)

CRIMINAL LAW (§ 1094*)—APPEAL—RECORD—AFFIRMANCE.

Where there is no bill of exceptions nor statement of facts, nor any questions raised in the motion for new trial that can be considered without a statement, the judgment will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204; Dec. Dig. § 1094.*]

Appeal from McLennan County Court; Sam E. Stratton, Special Judge.

Nash Clay was convicted of crime, and he appeals. Affirmed.

Lester & Taylor, of Waco, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J.  The appellant was convicted of an aggravated assault, and fined $100.

There is no bill of exceptions nor statement of facts in the record. The only questions attempted to be raised are in the motion for new trial, and none of them raise any question that can be considered without a statement of facts.

The judgment is therefore affirmed.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes